**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Peter A. HISSIM, Petitioner**

**No. 194 MAL 2017**

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Frank Jerrid DORTCH, Petitioner**

**No. 157 MAL 2017**

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.